# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dawn Muse<br>Gregg Muse<br><br>　　　　　　　Debtors | CHAPTER 7<br><br>BKY. NO. 16-23064 GLT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc, Asset-Backed Certificates, Series 2007-1 and index same on the master mailing list.

                             Respectfully submitted,

                             **/s/ James C. Warmbrodt, Esquire**
                             James C. Warmbrodt, Esquire
                             jwarmbrodt@kmllawgroup.com
                             Attorney I.D. No. 42524
                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106
                             Phone: (215)-627-1322
                             Attorney for Movant/Applicant