# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-23064-GLT |
| DAWN MUSE<br>GREGG MUSE, | Chapter 7 |
| Debtors. | Related to Doc. No. |
| ------------------------------------------------ | Doc. No. |
| DAWN MUSE,<br>GREGG MUSE, | |
| Movants, | |
| v. | |
| No Respondents. | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Aurelius P. Robleto, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

**Allegheny Health Network**
PO Box 645266
Pittsburgh, PA  15264-5250

**Convergent Outsourcing, Inc.**
PO Box 9004
Renton, WA  98057-9004

**Collection Service Center, Inc.**
363 Vanadium Rd Ste 109
Pittsburgh, PA 15243-1477

**Duquesne Light Company**
Payment Processing Center
PO Box 67
Pittsburgh, PA  15267-0067

**PA American Water Company**
PO Box 371412
Pittsburgh, PA  15250-7412

**Peoples Gas**
PO Box 644760
Pittsburgh, PA  15264-4760

**PGH2O**
Penn Liberty Plaza
1200 Penn Ave
Pittsburgh, PA  15222-4207

**South Hills Dermatology**
363 Vanadium Rd Ste 101
Pittsburgh, PA 15243-1477

**Sprint**
PO Box 4191
Carol Stream, IL  60197-4191

**St. Clair Hospital**
1000 Bower Hill Rd
Pittsburgh, PA  15243-1873

**The Arch Indiana**
100 Grove Ln
Indiana, PA  15701-2197

**Verizon**
500 Technology Dr Ste 550
Weldon Spring, MO  63304-2225

By: /s/ Aurelius P. Robleto
Aurelius P. Robleto
PA I.D. No. 94633
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com

**PAWB Local Form 30 (07/13)**