**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 16-23064-GLT |
| DAWN MUSE<br>GREGG MUSE, | Chapter 7 |
| | Related to Doc. No. 57 |
| Debtors. | |
| ------------------------------------------------ | Doc. No. |
| DAWN MUSE,<br>GREGG MUSE, | |
| Movants, | |
| v. | |
| No Respondents. | |

**DEBTORS' POST-CONVERSION REPORT PURSUANT**
**TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1019**

  The Debtors, by and through counsel, hereby submit their post-conversion report pursuant to the March 1, 2018 Order of this court and Federal Rule of Bankruptcy Procedure 1019:

  1. On March 15, 2018, Debtors filed an Amended Schedule F listing unpaid debts incurred after the commencement of the Chapter 13 case and prior to the conversion to Chapter 7.

Dated: March 15, 2018          Respectfully submitted,

                     /s/ Aurelius P. Robleto
                     Aurelius P. Robleto
                     PA ID No. 94633
                     ROBLETO LAW, PLLC
                     Three Gateway Center
                     401 Liberty Ave, Ste. 1306
                     Pittsburgh, PA 15222
                     Tel: (412) 925-8194
                     fax: (412) 346-1035
                     apr@robletolaw.com