**Form 006**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Dawn Muse** | : | Case No. 16–23064–GLT |
| **Gregg Muse** | : | |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| | : | |
| | : | |

### ORDER

　　　　*AND NOW,* this ***The 23rd of March, 2018***, the Debtor(s) having filed an ***Amendment to Schedule* F** filed on **3/15/18**

　　　　It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

　　　　(1)　　The Debtor(s) shall ***immediately*** serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

　　　　(2)　　On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

　　　　(3)　　***On or before April 23, 2018 or the date set forth in the Section 341 Meeting Notice***, whichever is later, any ***Objection to Discharge*** (if applicable), ***Request for a 341 Meeting*** (if applicable), and/or ***Objections to Exemptions*** shall be filed.

　　　　(4)　　If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

　　　　(5)　　***FAILURE TO SERVE*** the appropriate documents and file a timely ***Certificate of Service*** will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

　　　　(6)　　If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

Dated: March 23, 2018

cm: Debtor
　　 Debtors' Counsel

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-23064-GLT
Dawn Muse                                                       Chapter 7
Gregg Muse
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: hthu            Page 1 of 1                Date Rcvd: Mar 23, 2018
                             Form ID: pdf900        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db/jdb          +Dawn Muse,   Gregg Muse,   2912 Vinton St.,   Pittsburgh, PA 15204-2347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
        Aurelius P. Robleto   on behalf of Debtor Dawn  Muse apr@robletolaw.com,  rmk@robletolaw.com,
         mdg@robletolaw.com,apr@ecf.courtdrive.com
        Aurelius P. Robleto   on behalf of Joint Debtor Gregg  Muse apr@robletolaw.com,
         rmk@robletolaw.com,mdg@robletolaw.com,apr@ecf.courtdrive.com
        James  Warmbrodt   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
         as Trustee for the certificateholders of the CWABS, Inc, Asset-Backed Certificates, Series
         2007-1 bkgroup@kmllawgroup.com
        Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
         cnoroski@grblaw.com
        Natalie Lutz Cardiello   ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                          TOTAL: 8