**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAWN MUSE
GREGG MUSE
    Debtor(s)

Case No.:16-23064 GLT

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/18/2016 and confirmed on 10/06/2016 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 43,413.85 |
| Less Refunds to Debtor | 3,208.49 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,205.36 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,788.00 | |
|     Trustee Fee | 1,891.98 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,679.98 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 21,784.65 | 0.00 | 21,784.65 |
|     Acct: 4399 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 19,864.30 | 135.87 | 0.00 | 135.87 |
|     Acct: 4399 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 321.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 41F2 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 30.99 | 0.00 | 0.00 | 0.00 |
|     Acct: 41F2 | | | | |
|   NAVY FEDERAL CREDIT UNION* | 29,073.58 | 10,320.22 | 1,459.60 | 11,779.82 |
|     Acct: 3871 | | | | |
|   VA PITTSBURGH EMPLOYEES FCU | 2,280.00 | 646.00 | 0.00 | 646.00 |
|     Acct: 4511 | | | | |
|   VA PITTSBURGH EMPLOYEES FCU | 3,067.00 | 869.04 | 0.00 | 869.04 |
|     Acct: 4396 | | | | |
| | | | | 35,215.38 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| AURELIUS P ROBLETO ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAWN MUSE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBLETO LAW PLLC<br>Acct: | 2,788.00 | 2,788.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 6410 | 8,711.47 | 0.00 | 0.00 | 0.00 |
| DAWN MUSE<br>Acct: | 3,208.49 | 3,208.49 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXX4GLT | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY*<br>Acct: 6410 | 931.14 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 9772 | 324.46 | 0.00 | 0.00 | 0.00 |
| ECMC(*)<br>Acct: 6410 | 55,962.83 | 0.00 | 0.00 | 0.00 |
| ECMC(*)<br>Acct: 6410 | 27,117.95 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0024 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0023 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0022 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0026 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0025 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BNK<br>Acct: 1003 | 2,335.63 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BNK<br>Acct: 1006 | 1,125.82 | 0.00 | 0.00 | 0.00 |
| APPLIED BANK*<br>Acct: 0637 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK NA**<br>Acct: 3747 | 2,636.67 | 0.00 | 0.00 | 0.00 |
| FNCC<br>Acct: 5363 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 4874 | 2,246.61 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 5825 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK/M<br>Acct: 6420 | 0.00 | 0.00 | 0.00 | 0.00 |
| KAY JEWELERS<br>Acct: 2001 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION*<br>Acct: 2117 | 16,830.47 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION*<br>Acct: 1264 | 14,395.30 | 0.00 | 0.00 | 0.00 |
| PARKER MCCAY PA<br>Acct: 4399 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION*<br>Acct: 7969 | 12,911.19 | 0.00 | 0.00 | 0.00 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| NAVY FEDERAL CREDIT UNION* <br> Acct: 0796 | 11,689.71 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION* <br> Acct: 2525 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION* <br> Acct: 5197 | 9,591.68 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION* <br> Acct: 8701 | 4,181.32 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION* <br> Acct: 0628 | 3,544.07 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION* <br> Acct: 8702 | 2,897.25 | 0.00 | 0.00 | 0.00 |
| THD/CBSD <br> Acct: 7958 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION** <br> Acct: 6410 | 19,945.56 | 0.00 | 0.00 | 0.00 |
| VA PITTSBURGH EMPLOYEES FCU <br> Acct: 0102 | 1,973.75 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* <br> Acct: 6410 | 3,341.51 | 0.00 | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERICAN \ <br> Acct: 6991 | 38.17 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| VA PITTSBURGH EMPLOYEES FCU <br> Acct: 0106 | 2,280.57 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC <br> Acct: 0465 | 1,841.62 | 0.00 | 0.00 | 0.00 |
| CENTERS FOR REHAB SERVICES <br> Acct: 6410 | 200.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | | | 35,525.38 |
|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY        9,021.47
SECURED        54,637.28
UNSECURED    198.343.28

Date: 03/29/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com