**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Dawn Muse<br>Gregg Muse<br><br>    Debtors<br><br>Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc, Asset-Backed Certificates, Series 2007-1,<br><br>    Movant<br><br>    vs.<br><br>Dawn Muse<br>Gregg Muse<br><br>    Respondents<br><br>Natalie Lutz Cardiello<br><br>    Additional Respondent | Case No. 16-23064-GLT<br><br>CHAPTER 7<br><br>Related to Documents 80, 87<br><br>FILED<br>8/3/18 9:57 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## ORDER OF COURT

AND NOW, this __3rd__ day of __August__, 2018, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay [Dkt. No. 80] filed in the above matter be and hereby is withdrawn without prejudice.

BY THE COURT:

_____ J.
U.S. Bankruptcy Judge    hct

Dated: 8/3/18

Consented to by:

*/s/ Aurelius P. Robleto, Esquire*
Aurelius P. Robleto, Esquire
Attorney for Debtors
Three Gateway Center
401 Liberty Avenue, Suite 1306

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000

Pittsburgh, PA 15222  
Phone: 412-925-8194  
apr@robletolaw.com

Philadelphia, PA 19106  
Phone: 215-627-1322  
jwarmbrodt@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Dawn Muse
Gregg Muse
    Debtors

Case No. 16-23064-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Aug 03, 2018
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2018.
db/jdb         +Dawn Muse,    Gregg Muse,    2912 Vinton St.,    Pittsburgh, PA 15204-2347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2018 at the address(es) listed below:
           Aurelius P. Robleto    on behalf of Joint Debtor Gregg  Muse apr@robletolaw.com,
             rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
           Aurelius P. Robleto    on behalf of Debtor Dawn  Muse apr@robletolaw.com,    rmk@robletolaw.com,
             ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
           James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
             as Trustee for the certificateholders of the CWABS, Inc, Asset-Backed Certificates, Series
             2007-1 bkgroup@kmllawgroup.com
           Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
             cnoroski@grblaw.com
           Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
             cnoroski@grblaw.com
           Natalie Lutz Cardiello    ncardiello@comcast.net,    ncardiello@ecf.epiqsystems.com
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
             Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                  TOTAL: 9